IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2013 JAN -9 P 2: 33

CLERK_____
SO. DIST. OF GA.

ANTHONY REGINALD PEEK,

  Petitioner,

vs.           CIVIL ACTION NO.: CV212-155

ANTHONY HAYNES, Warden,

  Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Anthony Peek ("Peek") disagrees with the Magistrate Judge's finding that Begay v. United States, 553 U.S. 137 (2008), and Johnson v. United States, ___ U.S. ___, 130 S. Ct. 1265 (2010), do not apply retroactively to actual innocence claims brought under 28 U.S.C. § 2241. Peek cites Chaplin v. Hickey, 458 F. App'x 827 (11th Cir. 2012), as support for his disagreement. It appears that Peek is conflating two (2) concepts applicable to section 2241 jurisprudence. The Magistrate Judge correctly noted that Begay and Johnson do not apply retroactively to cases on collateral review for purposes of satisfying the savings clause of 28 U.S.C. § 2255, as set forth in Wofford v. Scott, 177 F.3d 1236, 1244 (11th Cir. 1999). Chaplin, however, stands for the proposition that an inmate *may* present his claim that he was wrongly sentenced under the Armed Career Criminal Act ("ACCA"),

18 U.S.C. § 924(e)(1), in a § 2241 petition. 458 F. App'x at 827. An inmate still has to prove that he was wrongly sentenced under the ACCA. As the Magistrate Judge observed in his Report, Peek cannot make this showing. (Doc. No. 11, p. 5, n.2).

Peek's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Peek's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 9 day of January, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA